DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANKLIN ANTHONY BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-98

[November 19, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Lawrence Michael Mirman, Judge; L.T. Case No. 47-2007-CF-000274-A.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***